# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
SHROYER, DOUGLAS § Case No. 10-12330
SHROYER, LORI §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-12330 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | | | Date Filed (f) or Converted (c): | 03/22/10 (f) |
| | SHROYER, LORI | | | 341(a) Meeting Date: | 05/03/10 |
| For Period Ending: | 10/13/12 | | | Claims Bar Date: | 05/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 130 N Lyle, Elgin, IL | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2. time share - Fox River Resort | 8,000.00 | 8,000.00 | | 1,500.00 | FA |
| 3. time share - Puerto Vallarta | 8,000.00 | 8,000.00 | | 1,500.00 | FA |
| 4. checking acct. - PNC Bank | 8,086.00 | 86.00 | DA | 0.00 | FA |
| 5. household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. pictures, books, etc. | 200.00 | 200.00 | DA | 0.00 | FA |
| 7. wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. wedding rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. 401 (K) s | 199,200.00 | 0.00 | DA | 0.00 | FA |
| 10. 2000 Neon, 2002 Chev. Express, 2003 Trav Trailer | 11,680.00 | 6,880.00 | | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.63 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $463,366.00 | $23,166.00 | | $10,000.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 06/15/12

LFORM1     UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                    Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-12330 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | Bank Name: | The Bank of New York Mellon |
| | SHROYER, LORI | Account Number / CD #: | *******0365  Money Market Account |
| Taxpayer ID No: | *******4417 | | |
| For Period Ending: | 10/13/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/10 | 2, 3, 10 | PNC Bank | payment for purchase of trustee's interest in motor vehicle and time shares DEPOSIT CHECK #36883 | | 3,400.00 | | 3,400.00 |
| | 2 | | Memo Amount:      1,500.00 | 1110-000 | | | |
| | 3 | | Memo Amount:      1,500.00 | 1110-000 | | | |
| | 10 | | Memo Amount:        400.00 | 1129-000 | | | |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,400.01 |
| 10/21/10 | 10 | Douglas M Shroyer | installment payment travel trailer DEPOSIT CHECK #4213 | 1129-000 | 275.00 | | 3,675.01 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,675.03 |
| 11/02/10 | 10 | Douglas M. Shroyer | installment payment - trtavel trailer DEPOSIT CHECK #4217 | 1129-000 | 275.00 | | 3,950.03 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,950.06 |
| 12/09/10 | 10 | Douglas M. Shroyer | installment payment travel trailer DEPOSIT CHECK #4242 | 1129-000 | 275.00 | | 4,225.06 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,225.09 |
| 01/14/11 | 10 | Douglas Shroyer | installment payment DEPOSIT CHECK #4247 | 1129-000 | 275.00 | | 4,500.09 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.12 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.15 |
| 03/01/11 | 10 | Douglas Shroyer | installment payment DEPOSIT CHECK #4255 | 1129-000 | 275.00 | | 4,775.15 |
| 03/22/11 | 10 | Douglas M. Shroyer | installment payment DEPOSIT CHECK #4262 | 1129-000 | 275.00 | | 5,050.15 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,050.18 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,050.21 |
| 05/06/11 | 10 | Douglas Shroyer | installment payment DEPOSIT CHECK #4282 | 1129-000 | 275.00 | | 5,325.21 |
| | | | Page Subtotals | | 5,325.21 | 0.00 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-12330 -RG | | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | | | Bank Name: | The Bank of New York Mellon |
| | SHROYER, LORI | | | Account Number / CD #: | *******0365 Money Market Account |
| Taxpayer ID No: | *******4417 | | | | |
| For Period Ending: | 10/13/12 | | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/17/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4301 | 1129-000 | 275.00 | | 5,600.21 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,600.25 |
| 06/17/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4284 | 1129-000 | 275.00 | | 5,875.25 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,875.29 |
| 07/12/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4292 | 1129-000 | 275.00 | | 6,150.29 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,150.33 |
| 08/11/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4343 | 1129-000 | 275.00 | | 6,425.33 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,425.38 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,400.38 |
| 09/08/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4355 | 1129-000 | 275.00 | | 6,675.38 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,675.43 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,650.43 |
| 10/26/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4363 | 1129-000 | 275.00 | | 6,925.43 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,925.48 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,900.48 |
| 11/08/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4423 | 1129-000 | 275.00 | | 7,175.48 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,175.53 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,150.53 |
| 12/13/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4424 | 1129-000 | 275.00 | | 7,425.53 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,425.59 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,400.59 |
| | | | Page Subtotals | | 2,200.38 | 125.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 10-12330 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | | Bank Name: | The Bank of New York Mellon |
| | SHROYER, LORI | | Account Number / CD #: | *******0365 Money Market Account |
| Taxpayer ID No: | *******4417 | | | |
| For Period Ending: | 10/13/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,400.63 |
| 01/25/12 | | Transfer to Acct #*******4588 | Bank Funds Transfer | 9999-000 | | 7,400.63 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,400.00 | COLUMN TOTALS | | 7,525.63 | 7,525.63 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 7,400.63 | |
| | | Subtotal | | 7,525.63 | 125.00 | |
| Memo Allocation Net: | 3,400.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,525.63 | 125.00 | |

Page Subtotals 0.04 7,400.63

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-12330 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | SHROYER, DOUGLAS | | Bank Name: | Congressional Bank |
| | SHROYER, LORI | | Account Number / CD #: | *******4588 Checking Account |
| Taxpayer ID No: | *******4417 | | | |
| For Period Ending: | 10/13/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0365 | Bank Funds Transfer | 9999-000 | 7,400.63 | | 7,400.63 |
| 02/02/12 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 7,675.63 |
| 02/12/12 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 7,950.63 |
| 04/02/12 | 10 | Douglas Shroyer | | 1129-000 | 275.00 | | 8,225.63 |
| 04/12/12 | 10 | Douglas Shroyer | | 1129-000 | 275.00 | | 8,500.63 |
| 05/10/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 8,775.63 |
| 06/19/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,050.63 |
| 07/13/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,325.63 |
| 08/28/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,600.63 |
| 09/11/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,875.63 |
| 10/04/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1180-000 | 275.00 | | 10,150.63 |
| 10/09/12 | 001001 | Douglas & Lori Shroyer | refund of overpayment | 8500-002 | | 275.00 | 9,875.63 |

Page Subtotals     10,150.63     275.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-12330 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | Bank Name: | Congressional Bank |
| | SHROYER, LORI | Account Number / CD #: | *******4588 Checking Account |
| Taxpayer ID No: | *******4417 | | |
| For Period Ending: | 10/13/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 10,150.63 | 275.00 | 9,875.63 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 7,400.63 | 0.00 | |
| | | | Subtotal | | 2,750.00 | 275.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 275.00 | |
| | | | Net | | 2,750.00 | 0.00 | |
| | Total Allocation Receipts: | 3,400.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 0.00 | Money Market Account - ********0365 | | 7,525.63 | 125.00 | 0.00 |
| | | | Checking Account - ********4588 | | 2,750.00 | 0.00 | 9,875.63 |
| | Total Memo Allocation Net: | 3,400.00 | | | ---------------- | ---------------- | ---------------- |
| | | | | | 10,275.63 | 125.00 | 9,875.63 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 13, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-12330  
Debtor Name: SHROYER, DOUGLAS  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,396.24 | $0.00 | $10,396.24 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,408.43 | $0.00 | $8,408.43 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $24,810.76 | $0.00 | $24,810.76 |
| 000004<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,945.17 | $0.00 | $1,945.17 |
| | Case Totals: | | | $45,560.60 | $0.00 | $45,560.60 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12330
Case Name: SHROYER, DOUGLAS
             SHROYER, LORI
Trustee Name: JOSEPH R. VOILAND

   Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses    $_____
   Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA,N.A | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE