## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHROYER, DOUGLAS | § | Case No. 10-12330 |
| SHROYER, LORI | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/20/2012 in Courtroom 250,

United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2012          By: Kenneth S. Gardner
                                        Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                      §
                                            §
SHROYER, DOUGLAS                            §        Case No. 10-12330
SHROYER, LORI                               §
                                            §
        Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,275.63 |
| and approved disbursements of | $ | 400.00 |
| leaving a balance on hand of[1] | $ | 9,875.63 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,750.06 | $ 0.00 | $ 1,750.06 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 82.18 | $ 0.00 | $ 82.18 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,832.24 |
| Remaining Balance | $ 8,043.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,560.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,396.24 | $ 0.00 | $ 1,835.38 |
| 000002 | Chase Bank USA, N.A. | $ 8,408.43 | $ 0.00 | $ 1,484.45 |
| 000003 | Chase Bank USA, N.A. | $ 24,810.76 | $ 0.00 | $ 4,380.16 |
| 000004 | Chase Bank USA,N.A | $ 1,945.17 | $ 0.00 | $ 343.40 |

Total to be paid to timely general unsecured creditors        $              8,043.39

Remaining Balance        $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland

Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-12330-MB
Douglas Shroyer                                                 Chapter 7
Lori Shroyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon          Page 1 of 2          Date Rcvd: Nov 21, 2012
                             Form ID: pdf006         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
db/jdb      +Douglas Shroyer,   Lori Shroyer,   130 N. Lyle Ave.,   Elgin, IL 60123-5046
15294717     CITI,   PO Box 183041,   Columbus, OH  43218-3041
15337001    +Cardmember Services,   P O Box 15153,   Wilmington, DE 19886-5153
15294714     Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE  19886-5153
16923333     Chase Bank USA,   PO Box 15145,   Wilmington, DE 19850-5145
17010566    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15294719    +First Federal Savings Bank,   633 La Salle St.,   Ottawa, IL 61350-2924
15294716     Sears Credit Cards,   PO Box 183082,   Columbus, OH  43218-3082
15294713     United Mileage Plus,   Cardmember Service,   PO Box 15153,   Wilmington, DE  19886-5153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15294718     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2012 02:24:34    Discover Card,   PO Box 15156,
              Wilmington, DE  19850-5156
16854803     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2012 02:24:34    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
15294715     E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2012 02:09:33    Kohls Payment Center,
              PO Box 2983,   Milwaukee, WI  53201-2983
                                                                              TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1              User: pgordon              Page 2 of 2              Date Rcvd: Nov 21, 2012
                                 Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Kenneth E. Kaiser    on behalf of Debtor Douglas Shroyer kkaiser264@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                      TOTAL: 3