# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
SHROYER, DOUGLAS § Case No. 10-12330
SHROYER, LORI §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Douglas & Lori Shroyer |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 10-12330   Doc 41   Filed 03/03/13   Entered 03/03/13 08:36:20   Desc Main
Document   Page 6 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-12330 RG | Judge: MANUEL BARBOSA |
|---|---|---|
| Case Name: | SHROYER, DOUGLAS | |
| | SHROYER, LORI | |
| For Period Ending: | 10/13/12 | |

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Date Filed (f) or Converted (c): | 03/22/10 (f) |
| 341(a) Meeting Date: | 05/03/10 |
| Claims Bar Date: | 05/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 130 N Lyle, Elgin, IL | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2. time share - Fox River Resort | 8,000.00 | 8,000.00 | | 1,500.00 | FA |
| 3. time share - Puerto Vallarta | 8,000.00 | 8,000.00 | | 1,500.00 | FA |
| 4. checking acct. - PNC Bank | 8,086.00 | 86.00 | DA | 0.00 | FA |
| 5. household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. pictures, books, etc. | 200.00 | 200.00 | DA | 0.00 | FA |
| 7. wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. wedding rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. 401 (K) s | 199,200.00 | 0.00 | DA | 0.00 | FA |
| 10. 2000 Neon, 2002 Chev. Express, 2003 Trav Trailer | 11,680.00 | 6,880.00 | | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.63 | Unknown |

TOTALS (Excluding Unknown Values)           $463,366.00         $23,166.00              $10,000.63      Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/12     Current Projected Date of Final Report (TFR): 06/15/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 10-12330 -RG |
| Case Name: | SHROYER, DOUGLAS |
| | SHROYER, LORI |
| Taxpayer ID No: | *******4417 |
| For Period Ending: | 12/31/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******0365  Money Market Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/10 | 2, 3, 10 | PNC Bank | payment for purchase of trustee's interest in motor vehicle and time shares | | 3,400.00 | | 3,400.00 |
| | | | DEPOSIT CHECK #36883 | | | | |
| | 2 | | Memo Amount:    1,500.00 | 1110-000 | | | |
| | 3 | | Memo Amount:    1,500.00 | 1110-000 | | | |
| | 10 | | Memo Amount:     400.00 | 1129-000 | | | |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,400.01 |
| 10/21/10 | 10 | Douglas M Shroyer | installment payment travel trailer | 1129-000 | 275.00 | | 3,675.01 |
| | | | DEPOSIT CHECK #4213 | | | | |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,675.03 |
| 11/02/10 | 10 | Douglas M. Shroyer | installment payment - trtavel trailer | 1129-000 | 275.00 | | 3,950.03 |
| | | | DEPOSIT CHECK #4217 | | | | |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,950.06 |
| 12/09/10 | 10 | Douglas M. Shroyer | installment payment travel trailer | 1129-000 | 275.00 | | 4,225.06 |
| | | | DEPOSIT CHECK #4242 | | | | |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,225.09 |
| 01/14/11 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 4,500.09 |
| | | | DEPOSIT CHECK #4247 | | | | |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.12 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,500.15 |
| 03/01/11 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 4,775.15 |
| | | | DEPOSIT CHECK #4255 | | | | |
| 03/22/11 | 10 | Douglas M. Shroyer | installment payment | 1129-000 | 275.00 | | 5,050.15 |
| | | | DEPOSIT CHECK #4262 | | | | |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,050.18 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,050.21 |
| 05/06/11 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 5,325.21 |
| | | | DEPOSIT CHECK #4282 | | | | |

Page Subtotals      5,325.21        0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12330 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | | Bank Name: | The Bank of New York Mellon |
| | SHROYER, LORI | | Account Number / CD #: | *******0365  Money Market Account |
| Taxpayer ID No: | *******4417 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/17/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4301 | 1129-000 | 275.00 | | 5,600.21 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,600.25 |
| 06/17/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4284 | 1129-000 | 275.00 | | 5,875.25 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,875.29 |
| 07/12/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4292 | 1129-000 | 275.00 | | 6,150.29 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,150.33 |
| 08/11/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4343 | 1129-000 | 275.00 | | 6,425.33 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,425.38 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,400.38 |
| 09/08/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4355 | 1129-000 | 275.00 | | 6,675.38 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,675.43 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,650.43 |
| 10/26/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4363 | 1129-000 | 275.00 | | 6,925.43 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,925.48 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,900.48 |
| 11/08/11 | 10 | Douglas Shroyer | installment payment<br>DEPOSIT CHECK #4423 | 1129-000 | 275.00 | | 7,175.48 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,175.53 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,150.53 |
| 12/13/11 | 10 | Douglas M. Shroyer | installment payment<br>DEPOSIT CHECK #4424 | 1129-000 | 275.00 | | 7,425.53 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,425.59 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,400.59 |
| | | | Page Subtotals | | 2,200.38 | 125.00 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12330 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | Bank Name: | The Bank of New York Mellon |
| | SHROYER, LORI | Account Number / CD #: | *******0365 Money Market Account |
| Taxpayer ID No: | *******4417 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,400.63 |
| 01/25/12 | | Transfer to Acct #*******4588 | Bank Funds Transfer | 9999-000 | | 7,400.63 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,400.00 | COLUMN TOTALS | | 7,525.63 | 7,525.63 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 7,400.63 | |
| | | Subtotal | | 7,525.63 | 125.00 | |
| Memo Allocation Net: | 3,400.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,525.63 | 125.00 | |

Page Subtotals  0.04  7,400.63

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12330 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | | Bank Name: | Congressional Bank |
| | SHROYER, LORI | | Account Number / CD #: | *******4588 Checking Account |
| Taxpayer ID No: | *******4417 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0365 | Bank Funds Transfer | 9999-000 | 7,400.63 | | 7,400.63 |
| 02/02/12 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 7,675.63 |
| 02/12/12 | 10 | Douglas Shroyer | installment payment | 1129-000 | 275.00 | | 7,950.63 |
| 04/02/12 | 10 | Douglas Shroyer | | 1129-000 | 275.00 | | 8,225.63 |
| 04/12/12 | 10 | Douglas Shroyer | | 1129-000 | 275.00 | | 8,500.63 |
| 05/10/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 8,775.63 |
| 06/19/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,050.63 |
| 07/13/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,325.63 |
| 08/28/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,600.63 |
| 09/11/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1129-000 | 275.00 | | 9,875.63 |
| 10/04/12 | 10 | DOUGLAS SHROYER<br>130 N. LYLE AVE.<br>ELGIN, IL 60123 | | 1180-000 | 275.00 | | 10,150.63 |
| 10/09/12 | 001001 | Douglas & Lori Shroyer | refund of overpayment | 8500-002 | | 275.00 | 9,875.63 |
| 12/20/12 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,750.06 | 8,125.57 |
| 12/20/12 | 001003 | JOSEPH R. VOILAND | | 2200-000 | | 82.18 | 8,043.39 |
| | | | Page Subtotals | | 10,150.63 | 2,107.24 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-12330 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | Bank Name: | Congressional Bank |
| | SHROYER, LORI | Account Number / CD #: | *******4588 Checking Account |
| Taxpayer ID No: | *******4417 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/12 | 001004 | 1625 Wing Road<br>Yorkville, IL  60560<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 1,835.38 | 6,208.01 |
| 12/20/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-000 | | 1,484.45 | 4,723.56 |
| 12/20/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-000 | | 4,380.16 | 343.40 |
| 12/20/12 | 001007 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | | 7100-000 | | 343.40 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 10,150.63 | 10,150.63 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 7,400.63 | 0.00 | |
| | | Subtotal | 2,750.00 | 10,150.63 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 275.00 | |
| | | Net | 2,750.00 | 9,875.63 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 3,400.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******0365 | 7,525.63 | 125.00 | 0.00 |
| | | Checking Account - *******4588 | 2,750.00 | 9,875.63 | 0.00 |
| Total Memo Allocation Net: | 3,400.00 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 10,275.63 | 10,000.63 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 0.00 | 8,043.39 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 10-12330 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SHROYER, DOUGLAS | | Bank Name: | Congressional Bank |
| | SHROYER, LORI | | Account Number / CD #: | *******4588 Checking Account |
| Taxpayer ID No: | *******4417 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********0365 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********4588 | | | | |

Page Subtotals   0.00   0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*